**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| BRYON SILL and | ) | |
| DANIEL YARBOROUGH, | ) | Civil Action No: 3:16-cv-0555-MBS |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER AND OPINION** |
| vs. | ) | |
| | ) | |
| AVSX TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court are Plaintiffs' Motion to Withdraw Bill of Costs, ECF No. 86, and the parties' joint stipulations as to an amount of attorneys' fees and costs, ECF No. 91, made pursuant to the court's Order and Opinion filed May 14, 2018. Plaintiffs' Motion to Withdraw Bill of Costs is **granted**. The court approves an award of attorneys' fees in the amount of $16,634.93 and costs in the amount of $919.10, as agreed to by the parties, to be assessed against Defendant in favor of Plaintiffs. [1] Because costs are stipulated to between the parties, the court will not tax costs. If this stipulated settlement is not consummated within sixty (60) days, any party may petition the court to reopen the action and restore it to the calendar to allow the court to resolve the issue of attorneys' fees and costs. Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, any party may within sixty (60) days petition the court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978).

---

[1] Although the parties have captioned their motion "Joint Stipulation For Judgment," the court's approval of the stipulated attorney's fees and costs does not affect the court's judgment entered on July 19, 2017. ECF No. 63.

**IT IS SO ORDERED.**

                                       /s/ Margaret B. Seymour
                                       The Honorable Margaret B. Seymour
                                       Senior United States District Court Judge

July 5, 2018
Columbia, South Carolina